UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:20-CV-00052-JHM-HBB

**STEPHEN W. BROWN**                                                                                          **PLAINTIFF**

**VS.**

**ANDREW SAUL, COMMISSIONER**
**SOCIAL SECURITY ADMINISTRATION**                                  **DEFENDANT**

## ORDER

The above matter having been referred to the United States Magistrate Judge, who has filed his Findings of Fact and Conclusions of Law, objections having been filed thereto, and the Court having considered the same:

**IT IS HEREBY ORDERED** that the Plaintiff's objections are **OVERRULED**, and the Court adopts the Findings of Fact, Conclusions of Law, and Recommendation as set forth in the report submitted by the United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the final determination by the Commissioner is **AFFIRMED**, and judgment shall be **GRANTED** for the Commissioner.

                                                          *Joseph H. McKinley Jr., Senior Judge*
                                                          United States District Court

                                                                               April 20, 2021

Copies to:      Counsel of Record